**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

MANEKA CORPORATION, INC. et al.,

                               Plaintiffs,

vs.                                                Case No. 6:25-cv-03374-SRB

DANIEL COOPER HAHN,

                               Defendant.

### PLAINTIFFS' STATUS REPORT

**COMES NOW**, Plaintiffs, by and through counsel, and pursuant to the Court's

03/07/2026 order that Plaintiffs provide a status report by 3/31/25, state:

1.  Plaintiffs have communicated with a close associate of Defendant Daniel Cooper Hahn,
    who has indicated that Defendant is currently homeless and residing on the streets in
    California.

2.  Based on this information, Defendant may be willing to accept service; however,
    Defendant has reportedly lost his cellular phone and is presently unreachable.

3.  Plaintiffs are awaiting contact from Defendant in order to obtain a valid address for
    service of process.

4.  Plaintiffs respectfully request leave to provide an additional status update within forty-
    five (45) days if service has not been accomplished.

Case 6:25-cv-03374-SRB    Document 6    Filed 03/24/26    Page 1 of 2

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
901 St. Louis St., Ste. 1200
Springfield, Missouri 65806
Telephone: (417) 887-4949
Fax: (417) 326-2845
craig@dhhlawfirm.com


By  */s/ Craig R. Heidemann*
     Craig R. Heidemann
     Missouri Bar No. 42778
     Attorney for Plaintiffs

DHH  File No. 30308-001

Page 2 of 2